**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-2117**

MICHAEL D. DAROCHA,

Plaintiff - Appellant,

v.

FIRST CITIZENS BANK,

Defendant - Appellee.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.    Glen E. Conrad, Chief
District Judge.  (7:10-cv-00367-gec)

Submitted: January 13, 2011          Decided: January 18, 2011

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael D. Darocha, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael D. Darocha appeals the district court's order dismissing without prejudice for lack of subject matter jurisdiction his civil complaint against First Citizens Bank. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Darocha v. First Citizens Bank, No. 7:10-cv-00367-gec (W.D. Va. filed Aug. 18, 2010, entered Aug. Aug. 19, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED